**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Christopher Antoine Byars, Appellant.

Appellate Case No. 2017-001722

———————————

Appeal From Bamberg County
L. Casey Manning, Circuit Court Judge

———————————

Unpublished Opinion No. 2019-UP-142
Submitted March 1, 2019 – Filed April 17, 2019

———————————

**APPEAL DISMISSED**

———————————

Appellate Defenders Laura Ruth Baer and Joanna Katherine Delany, both of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**WILLIAMS, GEATHERS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.